# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| v. | : | Mag. No. 12-6501 |
| TERRANCE THOMAS | : | **CRIMINAL COMPLAINT** |

I, Carl M. Priddy, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about the dates set forth in Attachment A, in the District of New Jersey, and elsewhere, defendant TERRANCE THOMAS did:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Carl M. Priddy
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

January 17, 2012, at Newark, New Jersey

HONORABLE JOSEPH A. DICKSON
U.S. MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE

On or about October 30, 2011, in Hudson County, in the District of New Jersey, and elsewhere, defendant

### TERRANCE THOMAS

did knowingly, by force and intimidation, take and attempt to take from the person and presence of another, namely a bank teller of TD Bank, located in Jersey City, New Jersey, approximately $3,650 in United States currency belonging to, and in the care, custody, control, management, and possession of TD Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

On or about December 18, 2011, in Union County, in the District of New Jersey, and elsewhere, defendant

### TERRANCE THOMAS

did knowingly, by force and intimidation, take and attempt to take from the person and presence of another, namely a bank teller of TD Bank, located in Union, New Jersey, approximately $1,878 in United States currency belonging to, and in the care, custody, control, management, and possession of TD Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

On or about December 23, 2011, in Hudson County, in the District of New Jersey, and elsewhere, defendant

## TERRANCE THOMAS

did knowingly, by force and intimidation, take and attempt to take from the person and presence of another, namely a bank teller of Capital One Bank, located in Jersey City, New Jersey, approximately $910 in United States currency belonging to, and in the care, custody, control, management, and possession of Capital One Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

<u>ATTACHMENT B</u>

I, Carl M. Priddy, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent with the FBI for the past 7 years. For the past 6 and one half years I have been assigned to the Newark Violent Crimes Task Force which investigates bank robberies, kidnappings, extortions, fugitives and Hobbs Act violations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about October 30, 2011, an individual, subsequently identified as defendant TERRANCE THOMAS, entered a branch of TD Bank located at 125 18th Street, Jersey City, New Jersey. After entering the bank, TERRANCE THOMAS approached a bank teller and produced a note stating in substance "Give me your 100s." The teller then handed TERRANCE THOMAS approximately $3,650. After the bank teller handed TERRANCE THOMAS the United States currency, he left the bank. The bank's video surveillance camera recorded the incident. Additionally, TERRANCE THOMAS was subsequently positively identified by two TD Bank employees from a photo array.

2. On or about December 18, 2011, an individual, subsequently identified as defendant TERRANCE THOMAS, entered a branch of TD Bank located at 2265 Morris Avenue, Union, New Jersey. After entering the bank, TERRANCE THOMAS approached a bank teller and produced a note stating in substance "This is a Robbery $3000 Now!! No one will be hurt no alarms have a weapon." The teller then handed TERRANCE THOMAS approximately $1,878 and a pre-assembled dye packet. After the bank teller handed TERRANCE THOMAS the United States currency, he left the bank. The bank's video surveillance camera recorded the incident. Additionally, TERRANCE THOMAS was subsequently positively identified by one TD Bank employee from a photo array.

3. On or about December 23, 2011, an individual, subsequently identified as defendant TERRANCE THOMAS, entered a branch of Capital One Bank located at 525 Washington Boulevard, Jersey City, New Jersey. After entering the bank, TERRANCE THOMAS approached a bank teller and produced a note stating in substance "No dye packs $2000 now no will be hurt!! Have a weapon." The teller then handed TERRANCE THOMAS approximately $910. After the bank teller handed TERRANCE THOMAS the United States currency, he left the bank. The bank's video surveillance camera recorded the incident.

4. At all times relevant to this Complaint, the deposits of Capital One Bank and TD Bank were insured by the Federal Deposit Insurance Company.