UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Joseph A. Dickson, U.S.M.J. |
| v. | MAGISTRATE NO.: 12-6501 |
| Terrance Thomas | DATE OF PROCEEDINGS: 1/18/12 |
| | DATE OF ARREST: 1/18/12 |

PROCEEDINGS:  IA/Felony

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL:  (X) AFPD    __ CJA
( ) WAIVER OF HRG.:    __ PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:    __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

(X) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
      ( ) UNSECURED BOND
      ( ) SURETY BOND SECURED BY CASH/ PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(X) PRELIMINARY / REMOVAL HRG.
(X) DETENTION / BAIL HRG.
( ) TRIAL:   __ COURT   __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: 2/1/12
DATE: 1/20/12 - 2:00
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  Evan Weitz

DEFT. COUNSEL  John Yauch

PROBATION _____

INTERPRETER _____
         Language: (         )

Time Commenced: 2:25
Time Terminated: 2:32
CD No:          ECR

_Nadine Mauro_
DEPUTY CLERK