| United States District Court | DISTRICT | New Jersey |
|---|---|---|
| UNITED STATES OF AMERICA V. Terrance Thomas | DOCKET NO. | |
| | MAGISTRATE CASE NO. | 12-6501 |

The above named defendant was arrested upon the complaint of

charging a violation of    18 USC § 2113

| DISTRICT OF OFFENSE   New Jersey | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

bank robbery

BOND IS FIXED AT
$    Detained  pending bail hrg. on 1/20/12

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_1/18/12_
Date

_[signature]_
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|