**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

January 25, 2012

FILED
JAN 2 5 2012
JOSEPH A. DICKSON, USMJ

Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Jr., U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

Re: United States v. Terrance Thomas
No. 12-6501

Dear Judge Dickson:

Please be advised that Mr Thomas waives his right to a preliminary hearing in the above captioned matter. Thank you for your consideration of this matter.

Respectfully,

John H Yauch
Assistant Federal Public Defender

---

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102 (856) 757-5341

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160