UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Hon. Joseph A. Dickson

          v.                      :          Mag. No. 12-6501

Terrance Thomas                   :          ORDER FOR CONTINUANCE

          This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Evan S. Weitz, Assistant U.S. Attorney, appearing), defendant Terrance Thomas (John Yauck, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

          IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

          (1) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

     (2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

     IT IS, therefore, on this 14th day of February, 2012,

     ORDERED that this action be, and hereby is, continued for a period of 60 days from February 17, 2012 through April 17, 2012;  and it is further

     ORDERED that the period from February 17, 2012 through April 17, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

 

                                           _____
HON. JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry
consented to:

_____
John Yauck, Esq.
Counsel for defendant Terrance Thomas

_____
Evan Weitz, Esq.
Assistant United States Attorney

-2-