UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| v. | : | Mag. No. 12-6501 |
| Terrance Thomas | : | <u>ORDER FOR DISMISSAL</u> |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 12-6501, against defendant Terrance Thomas, which Complaint was filed on January 17, 2012, charging the defendant with Bank Robbery, in violation of 18 U.S.C. § 2113(a), because further prosecution of this charge is not in the interests of the United States at this time.

      This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

      Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Dated: April 12th, 2012.